JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE MEDICAL SUPPLY, INC., <br><br> Petitioner, <br><br> v. <br><br> TEXLA ENERGY PARTNERS, LLC, <br><br> Respondent. | Case No. CV 24-5082-DMG (MARx) <br><br> **JUDGMENT** |

    1.    The final arbitration award of Peter K. Rundle, Serge Tomassian, and Paul E. Burns, which resolved all claims in American Arbitration Association Case No. 01-22-0001-8655, is confirmed in all respects;

    2.    Nationwide Medical Supply, Inc. shall pay Texla Energy Partners, LLC $3,291,480.00, in accordance with the terms of the Final Arbitration Award;

    3.    Nationwide shall pay Texla post-award interest at the rate of 5% per annum, running from the date of February 28, 2024 to the date of entry of this judgment;

    4.    Nationwide shall pay Texla post-judgment interest in accordance with 28 U.S.C. § 1961; and

    5.    Nationwide recovers nothing, and its claims are dismissed on the merits.

THEREFORE, IT IS ORDERED that Texla Energy Partners, LLC's motion to confirm arbitration award is GRANTED, and Judgment is hereby entered in conformity therewith.

DATED: March 31, 2025

_____
DOLLY M. GEE
CHIEF U.S. DISTRICT JUDGE